1  JOHN S. BAKER (SBN 144073)
   NAVDEEP K. SINGH (SBN 284486)
2  **DORSEY & WHITNEY LLP**
   600 Anton Boulevard, Suite 2000
3  Costa Mesa, CA 92626
   Telephone:  (714) 800-1400
4  Facsimile:  (714) 800-1499
   E-Mail:  baker.john@dorsey.com
5          singh.navdeep@dorsey.com

6  Attorneys for Plaintiff
   Premier Valley Bank

7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11  PREMIER VALLEY BANK, a California      **CASE NO. 1:20-CV-00900-NONE-EPG**
    Corporation,
12                                         **JOINT STIPULATION AND ORDER**
                                           **REGARDING EXTENSION OF**
             Plaintiff,                    **TEMPORARY RESTRAINING ORDER;**
13                                         **AND ORDER TO SHOW CAUSE**
    v.                                     **REGARDING PRELIMINARY**
14                                         **INJUNCTION AGAINST DEFENDANT HOA**
15  HOA NGUYEN, an Individual, and DOES 1  **NGUYEN**
    through 10, Inclusive,
16
             Defendants.
17                                         **Complaint Filed: June 26, 2020**

18                                          (ECF No. 11)

19

20

21  ///

22  ///

23  ///

24

25

26

27

28

4836-0147-8594\1

1    Plaintiff PREMIER VALLEY BANK ("Plaintiff") and Defendant HOA NGUYEN

2  ("Defendant") by and through their attorneys of record, hereby stipulate to the following:

3    1.    Plaintiff moved for a Temporary Restraining Order ("TRO") on June 26, 2020 and

4  an Order to show cause regarding preliminary injunction against Defendant;

5    2.    The Court granted Plaintiff's TRO on June 30, 2020 and issued an Order regarding

6  same;

7    3.    Plaintiff and Defendant hereby stipulate that the TRO be extended for an

8  additional fourteen (14) days to July 29, 2020;

9    4.    Plaintiff and Defendant are continuing to meet and confer in an attempt to reach an

10  additional stipulation regarding an order going forward after July 29, 2020 to avoid a preliminary

11  injunction hearing.

12

13  DATED:  July 14, 2020          DORSEY & WHITNEY LLP

14

15                    By: */s/ John S. Baker*

16                        John S. Baker
                         Navdeep K. Singh
17                        Attorneys for Plaintiff
                         Premier Valley Bank

18

19  DATED:  July 14, 2020          BRYANT WHITTEN, LLP

20

21                    By: */s/ Shelley Bryant*
                         Shelley Bryant
22                        Attorneys for Defendant
                         Hoa Nguyen

23

24

25

26

27

28

1
STIPULATION AND ORDER RE EXTENSION OF TRO
CASE NO. 1:20-CV-00900-NONE-EPG

4836-0147-8594\1

1

**ORDER**

2          Pursuant to the stipulation of the parties (ECF No. 11) and as set forth above, IT IS

3   ORDERED that the Temporary Restraining Order, entered by the Court on June 30, 2020 and

4   set to expire on July 15, 2020, is extended to July 29, 2020.

5

IT IS SO ORDERED.

6

7          Dated:   **July 14, 2020**                    /s/ *Erica P. Grosjean*

8                                                        UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER RE EXTENSION OF TRO
CASE NO. 1:20-CV-00900-NONE-EPG

4836-0147-8594\1