1  JOHN S. BAKER (SBN 144073)
   NAVDEEP K. SINGH (SBN 284486)
2  **DORSEY & WHITNEY LLP**
   600 Anton Boulevard, Suite 2000
3  Costa Mesa, CA 92626
   Telephone: (714) 800-1400
4  Facsimile: (714) 800-1499
   E-Mail: baker.john@dorsey.com
5          singh.navdeep@dorsey.com

6  Attorneys for Plaintiff
   Premier Valley Bank

7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11 | PREMIER VALLEY BANK, a | **CASE NO. 1:20-CV-00900-NONE-EPG**
   | California Corporation, |
12 |                         | **JOINT STIPULATION REGARDING EXTENSION OF TEMPORARY RESTRAINING ORDER; AND ORDER TO SHOW CAUSE REGARDING PRELIMINARY INJUNCTION AGAINST DEFENDANT HOA NGUYEN; ORDER**
13 | Plaintiff, |
   | v. |
14 |
15 | HOA NGUYEN, an Individual, and
   | DOES 1 through 10, Inclusive,
16 |
   | Defendants. |
17 |                         | **Complaint Filed: June 26, 2020**
18

19

20

21 ///

22 ///

23 ///

24

25

26

27

28

                                    1

Plaintiff PREMIER VALLEY BANK ("Plaintiff") and Defendant HOA NGUYEN ("Defendant") by and through their attorneys of record, hereby stipulate to the following:

1. Plaintiff moved for a Temporary Restraining Order ("TRO") on June 26, 2020 and an Order to show cause regarding preliminary injunction against Defendant;

2. The Court granted Plaintiff's TRO on June 30, 2020 and issued an Order regarding same;

3. Plaintiff and Defendant hereby stipulate that the TRO be extended for an additional fourteen (14) days to July 29, 2020;

4. Plaintiff and Defendant are continuing to meet and confer in an attempt to reach an additional stipulation regarding an order going forward after July 29, 2020 to avoid a preliminary injunction hearing.

DATED: July 14, 2020          DORSEY & WHITNEY LLP

                              By: */s/ John S. Baker*

                                  John S. Baker
                                  Navdeep K. Singh
                                  Attorneys for Plaintiff
                                  Premier Valley Bank

DATED: July 14, 2020          BRYANT WHITTEN, LLP

                              By: */s/ Shelley Bryant*
                                  Shelley Bryant
                                  Attorneys for Defendant
                                  Hoa Nguyen

# ORDER

**IT IS HEREBY ORDERED AND DECREED THAT:**

The Temporary Restraining Order, which entered by the Court on June 30, 2020 and was set to expire on July 15, 2020, is hereby extended to July 29, 2020 or until such other time as the Court specifically orders.

IT IS SO ORDERED.

Dated:   **July 14, 2020**                                    _____
                                                                                          UNITED STATES DISTRICT JUDGE