JOHN S. BAKER (SBN 144073)
NAVDEEP K. SINGH (SBN 284486)
**DORSEY & WHITNEY LLP**
600 Anton Boulevard, Suite 2000
Costa Mesa, CA 92626
Telephone: (714) 800-1400
Facsimile: (714) 800-1499
E-Mail: baker.john@dorsey.com
           singh.navdeep@dorsey.com

Attorneys for Plaintiff
Premier Valley Bank

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PREMIER VALLEY BANK, a California Corporation,<br><br>             Plaintiff,<br><br>v.<br><br>HOA NGUYEN, an Individual, and DOES 1 through 10, Inclusive,<br><br>             Defendants. | **CASE NO. 1:20-CV-00900-NONE-EPG**<br><br>**JOINT STIPULATION AND ORDER ALLOWING DEFENDANT HOA NGUYEN TO FILE FIRST AMENDED ANSWER**<br><br>(ECF No. 20) |

///

///

///

JOINT STIPULATION AND ORDER

4818-1047-7513\1

## JOINT STIPULATION

Plaintiff Premier Valley Bank ("PVB" or "Plaintiff") and Defendant Hoa Nguyen ("Nguyen" or "Defendant") (collectively the "Parties") submit the following Joint Stipulation:

**WHEREAS** on June 26, 2020, Plaintiff filed its Complaint against Defendant;

**WHEREAS** on July 27, 2020, Defendant filed an Answer to the Complaint;

**WHEREAS** on August 4, 2020, Plaintiff filed a Motion to Strike the Answer as deficient pursuant to Fed. R. Civ. P. 8(b) and 12(f), which is currently pending under submission;

**WHEREAS** on August 21, 2020, Defendant filed an Opposition to the Motion to Strike;

**WHEREAS** on August 27, 2020 the Parties reached an agreement that Defendant be allowed to file a First Amended Answer;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties that Defendant shall file a First Amended Answer by September 11, 2020.

Respectfully Submitted,

DATED: August 27, 2020    **DORSEY & WHITNEY LLP**

By: */s/ Navdeep K. Singh*
John S. Baker
Navdeep K. Singh
Attorneys for Plaintiff
Premier Valley Bank

DATED: August 27, 2020    **BRYANT WHITTEN, LLP**

By: */s/ Shelley G. Bryant*
Shelley G. Bryant
Attorneys for Defendant
Hoa Nguyen

JOINT STIPULATION AND ORDER

4818-1047-7513\1

**ORDER**

Based on the Joint Stipulation of the Parties (ECF No. 20) and as set forth above, and good cause appearing in support thereof, Defendant shall file a First Amended Answer by **September 11, 2020**.

IT IS SO ORDERED.

Dated:   **August 28, 2020**          /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE

JOINT STIPULATION AND ORDER

4818-1047-7513\1