UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PREMIER VALLEY BANK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HOA NGUYEN, et al.,<br><br>　　　　　Defendants. | Case No. 1:20-cv-00900-NONE-EPG<br><br>ORDER DENYING STIPULATED PROTECTIVE ORDER WITHOUT PREJUDICE<br><br>(ECF No. 30) |

On March 8, 2021, the parties filed a Stipulated Protective Order. (ECF No. 30.) The proposed protective order defines "CONFIDENTIAL—ATORNEYS' EYES ONLY" information as:

> information (regardless of how it is generated, stored or maintained) or tangible things that qualify for protection and includes any information that, if disclosed, would cause injury to PVB's business or business relationships with others; that contain trade secrets or other confidential and non-public research, development or commercial information; that contain non-public personal information; or that contain other information for which a good faith claim of the need for protection from disclosure can be made under the Federal Rules of Civil Procedure or other applicable law.

(ECF No. 30 at 2-3.)

Having reviewed the proposed protective order, the Court finds that it does not comply with Eastern District of California Local Rule 141.1(c), which requires that every proposed protective order contain the following provisions: "(1) [a] description of the types of information

1

eligible for protection under the order, with the description provided in general terms sufficient to reveal the nature of the information (e.g., customer list, formula for soda, diary of a troubled child); (2) [a] showing of particularized need for protection as to each category of information proposed to be covered by the order; and (3) [a] showing as to why the need for protection should be addressed by a court order, as opposed to a private agreement between or among the parties." (paragraph breaks omitted.)

      Accordingly, the parties Stipulated Protective Order (ECF No. 30) is DENIED without prejudice to refiling a stipulated protective order that complies with Local Rule 141.1(c).

IT IS SO ORDERED.

Dated: __**March 11, 2021**__            /s/ *Erica P. Grosjean*
                                                          UNITED STATES MAGISTRATE JUDGE