UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PREMIER VALLEY BANK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HOA NGUYEN,<br><br>　　　　　Defendant. | Case No. 1:20-cv-00900-NONE-EPG<br><br>ORDER REQUESTING ADDITIONAL INFORMATION REGARDING DEFENDANT AND COUNTER-CLAIMANT HOA NGUYEN'S MOTION TO COMPEL<br><br>(ECF Nos. 43, 45.) |
| HOA NGUYEN,<br><br>　　　　　Counter-Claimant,<br><br>　　v.<br><br>PREMIER VALLEY BANK,<br><br>　　　　　Counter-Defendant. | |

　　　　On September 3, 2021, the Court held a hearing on Defendant and Counter-Claimant Hoa Nguyen's ("Mr. Nguyen") motion to compel Plaintiff and Counter-Defendant Premier Valley Bank ("PVB") to produce further discovery. (ECF Nos. 43, 45.) As discussed on the record, the Court ordered as follows:

　　　　1. On or before September 8, 2021, counsel for PVB shall provide counsel for Mr. Nguyen with the search terms, custodians, and date range for its searches of

1

electronically stored information that have been completed or are in progress;

2. On or before September 24, 2021, counsel for PVB shall advise counsel for Mr. Nguyen in writing whether any documents related to the issue described in the previously produced document bates stamped as PVB00820 exist, and shall also describe any searches PVB has done or will do for those documents;

3. On or before September 24, 2021, counsel for PVB shall advise counsel for Mr. Nguyen whether PVB's search is sufficient to locate documents related to investigations regarding Mr. Nguyen's HR complaints; and

4. On or before October 8, 2021, the parties shall meet and confer and each party shall file a separate statement, not to exceed seven (7) pages in length per party, addressing whether PVB has fulfilled its document production obligations and whether an award of fees and costs is appropriate under Federal Rule of Civil Procedure 37.

IT IS SO ORDERED.

Dated:  **September 3, 2021**            /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE