**SHELLEY G. BRYANT - #222925**
**BRYANT WHITTEN, LLP**
8050 North Palm Avenue, Suite 210
Fresno, California 93711
(559) 494-4910 Telephone
(559) 421-0369 Facsimile

Attorneys for Defendant, HOA NGUYEN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PREMIER VALLEY BANK, a California Corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>HOA NGUYEN, and Does 1 through 10, inclusive,<br><br>  Defendant. | Case No. 1:20-CV-00900-NONE-EPG<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE FILED BY HOA NGUYEN** |

TO THE COURT: The parties wish to notify the Court that the parties have reached an agreement for the full, final and complete settlement of the entire case filed by Hoa Nguyen and will file a Stipulation for Dismissal with prejudice within the next 60 days. We expect Premier Valley Bank (PVB) to file a similar notice of settlement of the entire case filed by PVB shortly.

Dated: October 26, 2021          BRYANT WHITTEN, LLP

_____
SHELLEY G. BRYANT, Attorneys for Defendant,
HOA NGUYEN