UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PREMIER VALLEY BANK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HOA NGUYEN,<br><br>　　　　　Defendant.<br><br>HOA NGUYEN,<br><br>　　　　　Counter-Claimant,<br><br>　　v.<br><br>PREMIER VALLEY BANK,<br><br>　　　　　Counter-Defendant. | Case No.  1:20-cv-00900-NONE-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE<br><br>(ECF No. 56.) |

　　　On November 10, 2021, the parties filed a stipulation to dismiss this entire action with prejudice. (ECF No. 56.) In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

///

///

1

Accordingly, the Clerk of the Court is respectfully directed to assign a district judge to this case for the purpose of closing the case and then to close this case.

IT IS SO ORDERED.

Dated: __**November 12, 2021**__            /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE