# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PREMIER VALLEY BANK, | Case No.  1:20-cv-00900-DAD-EPG |
| Plaintiff, | ORDER DIRECTING CLERK OF COURT TO RECONVEY CASH SECURITY TO DEPOSITOR |
| v. | |
| HOA NGUYEN, | |
| Defendant. | |

On July 1, 2020, the Hon. Dale A. Drozd issued a temporary restraining order ("TRO") and ordered that "[s]ecurity in the amount of $1,000.00 shall be posted by [Plaintiff Premier Valley Bank]." (ECF No. 7.)  The security was paid by depositor ASAP Legal, LLC.  (Receipt No. #CAE100045982.)  On July 22, 2020, Judge Drozd granted the parties' stipulation for a preliminary injunction, which covered the same substance as the TRO.  (ECF No. 15.) Ultimately, on November 11, 2021, the parties filed a stipulation of dismissal with prejudice. (ECF No. 56.)

On March 18, 2026, the undersigned issued an order to show cause, directing all parties to show cause in writing within fourteen days why the $1,000.00 security should not be returned to depositor ASAP Legal, LLC.  (ECF No. 58.)  The Court's order further stated that failure to file a timely response would be construed as a non-opposition.  (Id.)  Fourteen days have passed, and no party has filed a response.

Accordingly, IT IS HEREBY ORDERED THAT the $1,000.00 security shall be reconveyed to depositor ASAP Legal, LLC. The Clerk of Court is DIRECTED to serve a copy of this order on depositor ASAP Legal, LLC, as well as return the $1,000.00 security to the address on record for ASAP Legal, LLC.

IT IS SO ORDERED.

Dated:    **April 2, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2